UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SMARTSENS TECHNOLOGY (SHANGHAI) CO., LTD. and CHIPPLUS TECHNOLOGY (US) INC.,
Plaintiff(s),

v.

OMNIVISION TECHNOLOGIES, INC. and ZHE GAO,
Defendant(s).

Case No. 5:26-cv-07857-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David Bluestone, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: OmniVision Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Charanjit Brahma, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 204771.

| | |
|---|---|
| 71 South Wacker, Suite 1600<br>Chicago, IL 60606 | 100 Pine St., Suite 3100<br>San Francisco, CA 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 312.517.9564 | 628.600.2241 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| dbluestone@beneschlaw.com | cbrahma@beneschlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6269436.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not been granted pro hac vice admission by the Court in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2026

APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David Bluestone is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 18, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
9/10/2026

Re: David Howard Bluestone
Attorney No. 6269436

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that David Howard Bluestone was admitted to practice law in Illinois on 11/4/1999; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: ______________________
Andrew Oliva
Registrar