UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SMARTSENS TECHNOLOGY (SHANGHAI) CO., LTD. and CHIPPLUS TECHNOLOGY (US) INC.,
Plaintiff(s),

v.

OMNIVISION TECHNOLOGIES, INC. and ZHE GAO,
Defendant(s).

Case No. 5:26-cv-07857-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Thomas DaMario, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: OmniVision Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Charanjit Brahma, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 204771.

| | |
|---|---|
| 71 South Wacker, Suite 1600<br>Chicago, IL 60606 | 100 Pine St., Suite 3100<br>San Francisco, CA 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 312.506.3436 | 628.600.2241 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| tdamario@beneschlaw.com | cbrahma@beneschlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6328456.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 10, 2026

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas DaMario is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 18, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523 (800) 252-8048
Fax (217) 546-3785

Thomas DaMario
c/o Benesch Friedlander Coplan & Aronoff LLP
71 S Wacker Drive, Suite 1600
Chicago, IL 60606

**Via Electronic Mail**

Chicago
Thursday, September 10, 2026

In re: Thomas Michael DaMario
Admitted: 05/10/2018
Attorney No. 6328456

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Thomas Michael DaMario was admitted to the practice of law in Illinois on : 05/10/2018; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Lea S. Guitierrez
Administrator

By: /s/ Darryl R. Evans
Darryl R. Evans
Senior Deputy Registrar

DRE